SUN OIL COMPANY, A CORPORATION, PROSECUTOR, v. THE ESSEX COUNTY BOARD OF TAXATION, AND THE CITY OF NEWARK, A MUNICIPAL CORPORATION, DEFENDANTS.

Argued May 2, 1939—Decided July 11, 1939.

Before Justices PARKER, BODINE and PERSKIE.

For the prosecutor, McCarter & English (George W. C. McCarter), and Frank B. Gummey, II (of the Pennsylvania bar).

For the defendants, James F. X. O'Brien, Vincent J. Casale and Joseph A. Ward.

For the city of Jersey City, intervenor, James A. Hamill and Charles Hershenstein.

PER CURIAM.

The judgment under review will be set aside for the reasons stated in Duke Power Co. v. The Essex County Board of Taxation and the City of Newark, 122 N. J. L. 589.